**FILED**

March 11, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      JR
Deputy

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No. EP:26-CR-00616-DCG** |
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CTS 1-2:** 18 U.S.C. §§ 922(o) & |
| | § | 924(a)(2)-Possession of a Machinegun |
| **JONATHAN ALEXANDER MERAZ,** | § | |
| | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about December 11, 2024, in El Paso, Texas, within the Western District of Texas, the Defendant,

**JONATHAN ALEXANDER MERAZ,**

knowingly possessed a machinegun, that is a Machinegun Conversion Device ("MCD"), a.k.a., a "Switch," which is designed and intended to convert a semiautomatic pistol into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO

On or about December 11, 2024, in El Paso, Texas, within the Western District of Texas, the Defendant,

**JONATHAN ALEXANDER MERAZ,**

knowingly possessed a machinegun, that is a Machinegun Conversion Device ("MCD"), which is designed and intended to convert a semiautomatic AR-type firearm into a machinegun, in violation

2

of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney

2